FILED IN
Court of Appeals

DEC 2 1 2015

Lisa Matz
Clerk, 5th District

December 21, 2015

Lisa Matz, Clerk
Fifth Court of Appeals
500 Commerce Street, Suite 200
Dallas, TX  75202

Re:  Case No. 05-15-00956-CV

Dear Ms. Matz:

Please find attached an Amended Motion to the filing of Friday, December 18, 2015. The request for extension of time to obtain recordings from a March 2015 hearing are withdrawn.  Ms. Dugger of the 296th District Court will send the recordings for the last hearing that are due today to your courts.

I retain the motion for extension of time to reply to defendants' filings, if necessary, although I have replied to some of these filings.  I request that the alloted time of a month be granted me to supplement the brief that was filed with the references from the records and recordings only gained within the last week.

Please do not make any opinions or judgments or dismiss this case.  A supplemental brief will be filed within a month and I hope to gain legal help with this case.

Thank you for all of your considerations.  I'm grateful for any help from the court of appeals with this cause.

Sincerely yours,

Susan Ann Fisher
Pro Se Plaintiff
P. O. Box 460461

1

Garland, TX  75046

susanfisher972@yahoo.com

214-730-2578

SAF

enclosure